IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TE TSENG LIU,<br><br>        Plaintiff,<br><br>        v.<br><br>SECRETARY OF THE ARMY LOUIS CALDERA et al.,<br><br>        Defendants. | No. C-01-20125 RMW<br><br>ORDER DENYING PLAINTIFF'S *EX PARTE* REQUEST TO REINSTATE OR RE-OPEN DISMISSED CASE<br><br>**Re Docket No. [ ]** |

    On March 31, 2006 the court dismissed without prejudice the above-captioned action for failure to prosecute because no filing or action had been taken on the case since September 6, 2001. By letter dated April 21, 2006 plaintiff Te Tseng Liu ("Liu") makes an *ex parte* request that the court reinstate or re-open the dismissed action. Liu contends dismissal is not appropriate. In support, Liu contends that he appeared to present the case to the court and has since been awaiting the court's ruling or decision. He further notes the action has not been settled.

    Liu filed his complaint on February 9, 2001. In a June 18, 2001 order, the court noted that Liu failed to appear for the initial case management conference and that the file showed no proof of service had been returned. Liu was ordered to appear for an Order to Show Cause Hearing ("OSC Hearing"). On July 20, 2001 Liu appeared for the OSC Hearing. At the OSC Hearing, plaintiff was ordered to

ORDER DENYING PLAINTIFF'S *EX PARTE* REQUEST TO REINSTATE OR RE-OPEN DISMISSED CASE
C-01-20125 RMW
SPT

1  serve the opposing party and file proof of service by August 31, 2001. The court noted an order would
2  be issued. The court subsequently issued its July 23, 2001 Order Following OSC Hearing, (1) giving
3  Liu until September 7, 2001 to accomplish service and to file proof thereof, (2) denying Liu's request
4  for appointment of counsel, and (3) providing that the case will be dismissed if appropriate proof of
5  service is not filed by September 7, 2001. A copy of this order was mailed to Liu on July 24, 2001.

6      In an undated *ex parte* letter Liu requested that the court extend the date by which he must
7  accomplish service and file proof thereof to the middle of October 2001 or the end of September 2001.
8  The court's August 31, 2001 Order Granting Extension of Time granted Liu an extension of time until
9  October 19, 2001 to file proof of service. A copy of this order was mailed to Liu on September 6, 2001.
10 The court's August 31, 2001 Order Granting Extension of Time is the last filing in this action until the
11 court's March 31, 2006 dismissal for failure to prosecute.

12     Liu states in his April 21, 2006 letter that he has received no follow up from the court since his
13 appearance in court to present his case. However, as noted above, the court issued an order following
14 the OSC Hearing. Subsequently, Liu requested and the court granted by written order an extension of
15 time in which to accomplish service and file proof thereof. No proof of service has yet been filed in this
16 action and Liu's April 21, 2006 does not indicate that he has served or attempted to serve defendants and
17 provides no explanation of why proof of service has not yet been filed. The court finds no reason to
18 reinstate or re-open this case. The court notes that the case was dismissed without prejudice.

19     For the foregoing reasons, the court DENIES plaintiff's request to reinstate or re-open the above-
20 captioned action.

21

22 DATED:    4/26/06                                /s/ Ronald M. Whyte
                                                                 RONALD M. WHYTE
23                                                      United States District Judge

24
25
26
27
28

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:**

**Counsel for Plaintiff:**

Te Tseng Liu
P.O. Box 2112
Monterey, CA  93942

**Counsel for Defendants:**

**Dated**:      4/26/06                              SPT
                                         **Chambers of Judge Whyte**

ORDER DENYING PLAINTIFF'S *EX PARTE* REQUEST TO REINSTATE OR RE-OPEN DISMISSED CASE
C-01-20125 RMW
SPT                                      3